FILED

02/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0498

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0498

GREENER MONTANA PROPERTY MANAGEMENT, LLC, TRAVIS MARTINEZ, Individually and KRISTYN MARTINEZ, Individually,

Plaintiffs and Appellees,

v.

HYDI CUNNINGHAM,

Defendant and Appellant.

**GRANT**

On Appeal from the Montana Twenty-First Judicial District Court, Lewis & Clark County, the Honorable Howard F. Recht, Presiding

Upon consideration of Appellant's unopposed motion for an extension of time to file the brief by March 2, 2023,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including March 2, 2023, which to prepare, serve, and file her opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 13 2023